UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David Laborde, et al.,

        Plaintiffs,        Civil No. 07-3767 (RHK/RLE)

vs.

**ORDER**

Glacier Paving, Inc.,

        Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: August 24, 2007

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge